

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00448-CR

Ex parte John E. **RODARTE**, Sr.

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2003CR06651
Honorable Mary D. Roman, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 31, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court